1  MICHAEL C. DOUGLASS (SBN 208442)
   **WILSON, ELSER, MOSKOWITZ,**
2     **EDELMAN & DICKER LLP**
   525 Market Street, 17th Floor
3  San Francisco, CA 94105
   Telephone: (415) 433-0990
4  Facsimile: (415) 434-1370
   Attorneys for Defendants,
5  SEAN BUEHLER, D.D.S. and
   NORTHEASTERN RURAL HEALTH CLINICS, INC.

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN MCBRIDE, | Case No. CV-01227-LKK-CMK |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER** |
| NORTHEASTERN RURAL HEALTH CLINICS, INC., BRUCE SCHAEFER and SEAN BUEHLER, | |
| Defendants. | CIV. NO. S-05-1234 FCD/PAN |
| SHALENE THOMAS, | |
| Plaintiff, | |
| vs. | |
| NORTHEASTERN RURAL HEALTH CLINICS, INC., et al., | |
| Defendants. | |

Pursuant to Fed.R.Civ.P. Rule 41(a)(1), Plaintiffs SUSAN MCBRIDE and SHALENE THOMAS ("plaintiffs"), and defendants NORTHEASTERN RURAL HEALTH CLINICS, INC. and SEAN BUEHLER ("Defendants"), through their respective attorneys of record, Treva J. Hearne, Esq., of the law firm of Hager & Hearne on behalf of plaintiffs, and Michael C. Douglass, Esq., of

- 1 -

218349.1 **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER**

Wilson, Elser, Moskowitz, Edelman & Dicker, LLP, on behalf of defendants, hereby stipulate that the above-captioned matters and all claims of relief therein can be immediately dismissed *with prejudice* in their entirety pursuant to the parties' agreement to resolve all disputed claims. Each party to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Dated: May 30, 2006

HAGER & HEARNE

By /s/ Treva J. Hearne
Treva J. Hearne
Attorneys for Plaintiffs,
SUSAN MCBRIDE and SHALENE THOMAS

Dated: May 23, 2006

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By /s/ Michael C. Douglass
Michael C. Douglass
Attorneys for Defendants,
SEAN BUEHLER, D.D.S. and NORTHEASTERN RURAL HEALTH CLINICS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: June 7, 2006.

Lawrence K. Karlton
U.S. DISTRICT COURT JUDGE

- 2 -

218349.1 **STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER**

# PROOF OF SERVICE

I am a citizen of the United States, I am over the age of eighteen years not a party to the within cause; I am employed in the City and County of San Francisco, California and my business address is 525 Market Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION OF DISMISSAL WITH PREJUDICE
OF ENTIRE ACTION; [PROPOSED] ORDER**

on the party(ies) identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

Attorneys for Plaintiff, SUSAN MCBRIDE
Treva J. Hearne, Esq.
HAGER & HEARNE
910 East Parr Blvd., Ste. 8
Reno, NV  89512

Telephone:   (775) 329.5800
Facsimile:    (775) 329.5819

☒  Said document(s) was placed for deposit in the **United States Postal Service** in sealed envelopes, with postage fully prepaid for collection and mailing on that date following ordinary business practice.

☐  A copy of said document(s) was processed for delivery by **Federal Express** in a sealed Federal Express mailer, with previously made payment arrangements, duly addressed, and sent via overnight mail.

☐  A copy of said document(s) was successfully transmitted by **facsimile**. (Only where permitted.  Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e).  Not currently authorized in N.D.C.A.)

☐  Said document(s) was **personally served** by hand this date to the offices of the addressee(s) noted above.

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct to the best of my knowledge.

EXECUTED **June 5, 2006** in San Francisco, California.

_____
Sandy E'Bell

- 3 -

218349.1 STIPULATION OF DISMISSAL WITH PREJUDICE OF ENTIRE ACTION; [PROPOSED] ORDER